IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR 05 2024
TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:24CR 00004 BSM |
| v. | ) |
| | ) 18 U.S.C. § 922(a)(6) |
| MAKAYLA JALEA KINSEY | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 11, 2022, in the Eastern District of Arkansas, the defendant,

MAKAYLA JALEA KINSEY,

in connection with the acquisition of a firearm, that is: a Taurus, 9mm pistol, bearing serial number 1C136450, from Kalb Pawn & Retail, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Kalb Pawn & Retail on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, which statement was intended and likely to deceive Kalb Pawn & Retail, as to a fact material to the lawfulness of such sale and transfer of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that she was the actual transferee/buyer of the firearm indicated on Form 4473, when in fact as the defendant then knew, she was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, MAKAYLA JALEA KINSEY, shall forfeit to the United States pursuant to Title 18, United States

Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐   NO TRUE BILL.                ☑   TRUE BILL.

REDACTED SIGNATURE

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

*[signature]*

MICHAEL GORDON
Assistant United States Attorney
TX Bar No. 00795363
REESE LANCASTER
Assistant United States Attorney
AR Bar No. 2017114
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
michael.gordon@usdoj.gov
reese.lancaster@usdoj.gov